PER CURIAM.
Affirmed. Fla. R.Crim. P. 3.190(h)(4); Jones v. State, 580 So.2d 143 (Fla.)(no appellate review unless attorney states grounds for motion for judgment of acquittal), cert. denied, 502 U.S. 878, 112 S.Ct. 221, 116 L.Ed.2d 179 (1991); Lachos v. State, 339 So.2d 217 (Fla.l976)(can amend victim’s name in information); Cortes v. State, 670 So.2d 119 (Fla. 3d DCA 1996)(no error in restriction of victim’s cross-examinations); Johnson v. State, 478 So.2d 885 (Fla. 3d DCA 1985). See Williams v. State, 591 So.2d 319 (Fla. 3d DCA 1991)(requested instruction subsumed by standard instruction).